# EXHIBIT C



October 11, 2021

**VIA OVERNIGHT MAIL, FACSIMILE AND EMAIL**

PREDICTIVE LABORATORIES, INC.
2749 East Parleys Way
Suite 100
Salt Lake City, UT 84109
Attention: Brad Robinson

Re:    Notice of Default and Acceleration; and Reservation of Rights

Ladies and Gentlemen:

Reference is made to (i) that certain Amended and Restated Promissory Note and Security Agreement, dated as of September 25, 2020 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "***Credit Agreement***"***),*** by, among others, PROPHASE LABS, INC. (collectively with their successors and assigns from time to time, individually and collectively, the "***Lender***") and PREDICTIVE LABORATORIES, INC. ("***Borrower***") and (ii) the related loan documents (collectively, with the Credit Agreement, "***Loan Documents***"). Unless otherwise specified, all capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Credit Agreement.

As you know, multiple Events of Default have occurred and are continuing under the Credit Agreement and the other Loan Documents as of the date hereof, including, without limitation, those Events of Default listed in Exhibit A attached hereto (all such existing Events of Default, the "***Designated Defaults***"). Lender is investigating whether additional Events of Default currently exist.

Please take **NOTICE** that as a result of the Designated Defaults, as well as any other Events of Default that may exist, Lender is entitled to exercise any and all default-related rights and remedies under the Credit Agreement, other Loan Documents and applicable law or in equity.

Please take further **NOTICE** that, in light of the Existing Events of Default, and pursuant to the terms of the Credit Agreement, Lender hereby **DEMANDS** the immediate payment in full by the Borrower in cash of the unpaid principal amount of the Loan, with all interest accrued and unpaid thereon, and all other obligations. The Borrower should contact the Lender immediately to discuss the method by which the Borrower will pay the amounts owed.

Lender is presently evaluating all available courses of action that may be available under the Credit Agreement, the other Loan Documents, at law, or in equity. Accordingly, without waiving the Existing Events of Default, the Lender reserves all of its rights and remedies under the Credit Agreement, the other Loan Documents and applicable law and in equity. Lender will continue to monitor the default situation

very carefully and will decide in its sole discretion on a "day-by-day" basis whether or not to exercise its rights and remedies. We remind you, however, that neither any "day-by-day" discretionary consent by Lender nor anything in this letter or in any ongoing discussions or negotiations between Lender (or any one of them), on the one hand, and the Borrower, on the other hand, nor any delay on the part of the Lender in exercising any of its respective rights and remedies under the Credit Agreement, the other Loan Documents, applicable law and/or in equity, shall directly or indirectly: (i) create any obligation to forbear from taking any enforcement action, (ii) constitute a consent to or waiver of any past, present or future default or Event of Default or other violation of any provisions of the Credit Agreement or any other Loan Documents, (iii) amend, modify or operate as a waiver of any provision of the Credit Agreement or any other Loan Documents or any right, power, privilege or remedy of a Lender thereunder or under applicable law or constitute an agreement to forbear or to restructure the Obligations in any respect or otherwise modify the capital structure of the Borrower, or (iv) constitute a course of dealing or other basis for altering any rights or obligations of Lender under the Loan Documents or any obligations of the Borrower under the Credit Agreement, other Loan Documents or any other contract or instrument. Nothing contained in or omitted from this letter shall constitute and amendment or waiver by the Lender of any provision of the Loan Documents and all provisions of the Loan Documents shall remain in full force and effect Nothing contained in this letter shall confer on Borrower or any of their affiliates or any other Person any right to notice or cure periods with respect to any Event of Default.

This letter confirms that the Lender has not waived the Designated Defaults and the Lender expressly reserves all of its rights, powers, privileges and remedies under the Credit Agreement, other Loan Documents and/or applicable law, including, without limitation, its right at any time, as applicable, (i) to require payment of accrued default interest in respect of the obligations (as of any date from and after the date on which the first Designated Default first occurred), (ii) to commence any legal or other action to collect any or all of the obligations from the Borrower, and any other person liable therefor and/or any Collateral, (iii) to foreclose or otherwise realize on any or all of the Collateral and/or as appropriate, set-off or apply to the payment of any or all of the obligations, any or all of the Collateral, (iv) to take any other enforcement action or otherwise exercise any or all rights and remedies provided for by any or all of the Credit Agreement, other Loan Documents or applicable law, and (v) to reject any forbearance, financial restructuring or other proposal made by or on behalf of Borrower or any creditor or equity holder. Lender may exercise its respective rights, powers, privileges and remedies, including those set forth in (i) through (v) above at any time in its sole and absolute discretion without further notice. No oral representations or course of dealing on the part of Lender or any of its officers, employees or agents, and no failure or delay by the Lender with respect to the exercise of any right, power, privilege or remedy under any of the Credit Agreement, other Loan Documents, applicable law or in equity shall operate as a waiver thereof or affect or diminish any right of the Lender thereafter to demand strict compliance and performance therewith. The delivery by the Lender of this letter shall not constitute or create a right to notice or demand on any future occasion and the single or partial exercise of any such right, power, privilege or remedy shall not preclude any later exercise of any other right, power, privilege or remedy.

[*Signature page to follow*]

- 3 -

Very truly yours,

PROPHASE LABS, INC., as Lender

By: *Monica Brady*
Name: Monica L Brady
Title: Chief Financial Officer

- 3 -

# EXHIBIT A

# DESIGNATED DEFAULTS

"***Designated Defaults***" include, without limitation, the following:

  (a) Events of Default that have occurred and are continuing under the Credit Agreement due to the failure of the Borrower to pay principal, interest and other obligations when due.