IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROPHASE LABS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-101-MN-CJB |
| | ) |
| PREDICTIVE LABORATORIES, INC. and | ) |
| PREDICTIVE TECHNOLOGY GROUP, | ) |
| INC., | ) |
| | |
| Defendants. | |

**DEFENDANTS PREDICTIVE LABORATORIES, INC. AND PREDICTIVE
TECHNOLOGY GROUP, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendants Predictive Laboratories, Inc. and Predictive Technology Group, Inc.'s ("Defendants") state: Predictive Technology Group Inc. is the parent company of Predictive Laboratories, Inc. and owns 10% or more of Predictive Laboratories, Inc. Predictive Technology Group Inc. does not have a parent corporation and is not owned 10% or more by any publicly held corporation.

Dated: February 28, 2022

                                                  BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (No. 4952)
Ronald P. Golden III (No. 6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendants Predictive Laboratories, Inc. and Predictive Technology Group, Inc.*