# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROPHASE LABS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 22-101-MN-CJB |
| PREDICTIVE LABORATORIES, INC. and PREDICTIVE TECHNOLOGY GROUP, INC., | |
| Defendants. | |

## PROPHASE LABS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ProPhase Labs, Inc. ("Plaintiff"), hereby states the following: Plaintiff is a publicly held entity, has no parent corporation, and no publicly held corporation owns 10% or more of the company's common stock.

Dated: April 6, 2022

REED SMITH LLP

  */s/ Mark W. Eckard*
Kurt F. Gwynne (No. 3951)
Mark W. Eckard (No. 4542)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
kgwynne@reedsmith.com
meckard@reedsmith.com

*Counsel for Plaintiff,*
*ProPhase Labs, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I caused a true and correct copy of the foregoing to be served via the court's CM/ECF system, which will send notification of such filing to the e-mail address of all registered users who have appeared in this case.

                                                      */s/ Mark W. Eckard*
                                                      Mark W. Eckard (No. 4542)